OTTINGER et al., Respondents, v. BENNETT et al., Appellants. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Max Ottinger and

others against John R. Bennett and others. F. M. Thompson, of New York City, for appellants. N. Ottinger, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 145 App. Div. 917, 129 N. Y. Supp. 1138.